

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JESSE ARGUMEDO,

Petitioner,

v.

FRED FIGUEROA, Warden,

Respondent.

Case No. LA CV 14-00338-VBF (AN)

ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Second Amended Petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 (Document ("Doc") 8), respondent's Answer and accompanying memorandum (Doc 15), petitioner's Reply (Doc 17), the Magistrate Judge's well-reasoned Report and Recommendation ("R&R") (Doc 19), and the applicable law. Petitioner failed to file objections in the required time and manner and, as a result, he has waived any challenge to the Magistrate Judge's factual findings. *See Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007); *see, e.g., Burriola v. Nevada Dep't of Corrs.*, 466 F. App'x 594, 596 (9th Cir. 2012) (by failing to object to the R&R or to the magistrate judge's screening order dismissing some of his claims, section 1983 plaintiff "waived any challenge to the magistrate judge's factual findings") (citing *Martinez v. Ylst*, 915

F.2d 1153, 1156-57 (9th Cir. 1991)).

IT IS ORDERED that:

1. The Court accepts the findings and recommendation of the R&R.
2. The Second Amended Petition is denied.
3. All pending motions are denied as moot and terminated.
4. This action is dismissed with prejudice.
5. As required by Fed. R. Civ. P. 58(a), final judgment will be entered by separate document.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: August 28, 2014

Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE