UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESSE ARGUMEDO, | ) Case No. LA CV 14-00338-VBF (AN) |
|     Petitioner, | ) |
| v. | ) JUDGMENT |
| FRED FIGUEROA, Warden, | ) |
|     Respondent. | ) |

For the reasons set forth in the Magistrate Judge's Report and Recommendation, final judgment is hereby entered in favor of the respondent and against the petitioner.

Dated: August 28, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE